**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

|  |  |
|---|---|
| BREANN SHANE,<br><br>      Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION, LLC,<br><br>      Defendants. | Case No. 1:25-cv-14842 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.17, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Tiffany M. Middlemas and substitute Danit Maor of the law firm Goodwin Procter LLP as counsel for Experian in this action. In support, Experian states as follows:

1. On December 23, 2025, Tiffany M. Middlemas of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. Danit Maor, of the law firm Goodwin Procter LLP intends to enter an appearance once the Court has granted leave. Her contact information is as follows:

   a. Danit Maor, 620 Eighth Ave., New York, NY, 10018, dmaor@goodwinlaw.com, (917) 229-7845.

3. Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Tiffany M. Middlemas will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request. Plaintiff does not oppose this request.

2

Therefore, Experian respectfully requests that the Court grant an Order withdrawing Tiffany M. Middlemas and substituting Danit Maor as counsel for Experian in this matter.

Respectfully submitted,

EXPERIAN INFORMATION SOLUTIONS, INC.

*/s/ Tiffany M. Middlemas*
Tiffany M. Middlemas
IL Bar NO. 6346136
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: 1.312.269.4224
Facsimile: 1.312.782.8585
tmiddlemas@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

DATED:  June 25, 2026

2

## **CERTIFICATE OF SERVICE**

I certify that on June 25, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court via CM/ECF, which sent electronic notice of the same to all parties of record.

*/s/ Tiffany M. Middlemas*
Tiffany M. Middlemas
