## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Breann Shane

                    Plaintiff,

v.

                                          Case No.: 1:25−cv−14842

                                          Honorable Elaine E. Bucklo

Experian Information Solutions Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's first motion for leave to file first amended complaint [37] is granted. Defendant Experian Information Solutions, Inc.'s motion for leave to withdraw and substitute counsel [39] is granted. Attorney Tiffany Middlemas is terminated. Attorney, Danit Maor is directed to file his appearance. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.